FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-0851
LT Case Nos. 09-2023-CF-1291-A
09-2024-CF-32-A

_____

GUSTAVO REY AQUINO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender, and Charity Braddock,
Assistant Public Defender, Inverness, for Petitioner.

No Appearance for Respondent.

April 11, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the February 20, 2025, judgment and
sentence rendered in Case Nos. 09-2023-CF-1291-A and 09-2024-
CF-32-A, in the Circuit Court in and for Citrus County, Florida.
*See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., and MAKAR and WALLIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____